*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Florence E. Mason, POA Clifton Mason ) | | Case No. 24−11304−amc |
| ) | | |
| ) | | |
|    Florence Mason, POA Clifton Mason ) | | Chapter: 13 |
| ) | | |
|    Debtor(s). ) | | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

    ☑ Certificate of appeal from order entered 5/13/2024 Denying Expedited Request, and Order entered 6/6/2024 Denying Motion For Sanctions, by the Honorable Ashely M. Chan

    Notice of appeal filing fee  ☐ paid   ☑ not paid

    ☐ Designation of Record on Appeal Filed
    ☐ Designation of Record on Appeal Not Filed

    ☐ Supplemental certificate of appeal

    ☐ Motion for leave to appeal filed
    ☐ Answer to motion filed

    ☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
    ☐ Report and recommendation entered by the Honorable Ashely M. Chan
    ☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: June 10, 2024

                                                                  For The Court

                                                                  Timothy B. McGrath
                                                                  Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____          Signature: _____
Miscellaneous No._____            Date: _____
Assigned to Judge _____