PlnDue, FeeDueINST, APPEAL, FeeDue

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 24−11304−amc

*Assigned to:* Judge Ashely M. Chan
Chapter 13
Voluntary
Asset

*Date filed:*  04/17/2024
*Deadline for filing claims (govt.):*  10/15/2024

*Debtor*
**Florence E. Mason,POA Clifton Mason**
523 E. Chestnut Street
Coatesville, PA 19320
CHESTER−PA
SSN / ITIN: xxx−xx−8564

represented by **Florence E. Mason,POA Clifton Mason**
PRO SE

*Debtor*
**Florence Mason,POA Clifton Mason**
MAILING ADDRESS
1306 W. Rockland Street
2nd Floor
Philadelphia, PA 19141
PHILADELPHIA−PA
SSN / ITIN: xxx−xx−8564

represented by **Florence Mason,POA Clifton Mason**
PRO SE

*Trustee*
**SCOTT F. WATERMAN [Chapter 13]**
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606
(610) 779−1313

*U.S. Trustee*
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
(215) 597−4411

| Filing Date | # | Docket Text |
|---|---|---|
| 04/17/2024 | 1 | Chapter 13 Voluntary Petition for Individual. Receipt Number 0, Fee Amount $0.00 Filed by Florence E. Mason,POA Clifton Mason. Government Proof of Claim Deadline: 10/15/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 5/1/2024. Means Test Calculation Form 122C−2 − *If Applicable* − Due: 5/1/2024. Chapter 13 Plan due by 5/1/2024. Schedules AB−J due 5/1/2024. Statement of Financial Affairs due 5/1/2024. Summary of Assets and Liabilities due 5/1/2024. Incomplete Filings due by 5/1/2024. (W., Christine) (Entered: 04/17/2024) |

| | | | |
|---|---|---|---|
| 04/17/2024 | | 2 | Matrix List of Creditors Filed. Number of pages filed: 2, Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 3 | Statement of Social Security Number Received. Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 4 | Certificate of Credit Counseling Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 5 | Pro Se Statement Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 6 | Application to Pay Filing Fee in Installments Filed by Florence E. Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 7 | Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer − Form 119. Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 8 | Disclosure of Compensation of Bankruptcy Preparer in the amount of 0.00 Debtor Florence E. Mason,POA Clifton Mason Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 9 | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed. *Any request for an extension of time must be filed prior to the expiration of the deadlines listed*. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 5/1/2024. Means Test Calculation Form 122C−2 − *If Applicable* − Due: 5/1/2024. Chapter 13 Plan due by 5/1/2024. Schedules AB−J due 5/1/2024. Statement of Financial Affairs due 5/1/2024. Summary of Assets and Liabilities due 5/1/2024. (W., Christine) (Entered: 04/17/2024) |
| 04/17/2024 | | 10 | Initial Statement About an Eviction Judgment Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/18/2024) |
| 04/17/2024 | | 11 | Statement About Payment of Eviction Judgment Filed by Florence E. Mason,POA Clifton Mason . (W., Christine) (Entered: 04/18/2024) |
| 04/18/2024 | | 12 | Certified Copy of Docket Report and notice to parties of filing of Initial Statement About an Eviction Judgment. Initial Statement of Eviction Judgment (Form 101A) filed by Debtor Florence E. Mason,POA Clifton Mason (related document(s)10). Clerks Office Follow−Up Due: 5/20/2024. (W., Christine) (Entered: 04/18/2024) |
| 04/18/2024 | | 13 | Courts Certificate of Mailing Re: Certified Copy of Docket Report. The following Party(s) have been notified: Debtor − via Regular mail through the BNC. Pennymac Loan Servicer,LLC − via Regular mail through the BNC. (related document(s)12). (W., Christine) (Entered: 04/18/2024) |
| 04/18/2024 | | | Name of Trustee assigned to case: SCOTT F. WATERMAN [Chapter 13]. (W., Christine) (Entered: 04/18/2024) |
| 04/18/2024 | | 14 | Order Granting Application To Pay Filing Fees In Installments. (Related Doc # 6). First Installment Payment $78.25 due by 5/3/2024. Second |

| | | | |
|---|---|---|---|
| | | | Installment Payment $78.25 due by 6/12/2024. Third Installment Payment $78.24 due by 7/2/2024. Final Installment Payment $78.26 due by 8/12/2024. (W., Christine) (Entered: 04/18/2024) |
| 04/19/2024 | | 15 | Notice of Appearance and Request for Notice by JILL MANUEL−COUGHLIN Filed by JILL MANUEL−COUGHLIN on behalf of PENNYMAC LOAN SERVICES, LLC. (MANUEL−COUGHLIN, JILL) (Entered: 04/19/2024) |
| 04/19/2024 | | 16 | BNC Certificate of Mailing − Order Requiring Documents. Number of Notices Mailed: (related document(s) (Related Doc # 9)). No. of Notices: 1. Notice Date 04/19/2024. (Admin.) (Entered: 04/20/2024) |
| 04/20/2024 | | 17 | BNC Certificate of Mailing − Certified Copy of Docket Report. Number of Notices Mailed: (related document(s) (Related Doc # 12)). No. of Notices: 1. Notice Date 04/20/2024. (Admin.) (Entered: 04/21/2024) |
| 04/20/2024 | | 18 | BNC Certificate of Mailing −Court's Certificate of Mailing or Service. Number of Notices Mailed: (related document(s) (Related Doc # 13)). No. of Notices: 2. Notice Date 04/20/2024. (Admin.) (Entered: 04/21/2024) |
| 04/20/2024 | | 19 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 12)). No. of Notices: 1. Notice Date 04/20/2024. (Admin.) (Entered: 04/21/2024) |
| 04/20/2024 | | 20 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 14)). No. of Notices: 1. Notice Date 04/20/2024. (Admin.) (Entered: 04/21/2024) |
| 05/08/2024 | | 21 | Motion to Extend time to File schedules and Statements, Expedited Motion For Violation of the Automatic Stay Filed by Florence E. Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 05/08/2024) |
| 05/08/2024 | | 22 | Motion to Expedite Hearing (related documents Motion to Extend Time, Motion for Sanctions for Violation of the Automatic Stay) Filed by Florence E. Mason,POA Clifton Mason Represented by Self(Counsel) (related document(s)21) (Attachments: # 1 Proposed Order) (W., Christine) (Entered: 05/08/2024) |
| 05/08/2024 | | 24 | Order Granting Extension of Time to File Required Documents (related document(s)21). Chapter 13 Plan due by 5/22/2024. Schedules AB−J due 5/22/2024. Statement of Financial Affairs due 5/22/2024. Summary of Assets and Liabilities due 5/22/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 due 5/22/2024. Means Test Calculation Form 122C−2 (if applicable) due 5/22/2024. (Barbetta, John) (Entered: 05/09/2024) |
| 05/09/2024 | | 23 | Notice of Hearing to Show Cause why this case should not be dismissed for failure to pay the first installment payment in the amount of $78.25 Hearing scheduled 5/22/2024 at 10:00 AM at Philadelphia Telephone Hearing. (C., Jacqueline) (Entered: 05/09/2024) |
| 05/11/2024 | | 25 | BNC Certificate of Mailing − Hearing to Show Cause. Number of Notices Mailed: (related document(s) (Related Doc # 23)). No. of Notices: 1. Notice Date 05/11/2024. (Admin.) (Entered: 05/12/2024) |
| 05/11/2024 | | 26 | |

| | | | |
|---|---|---|---|
| | | | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 24)). No. of Notices: 1. Notice Date 05/11/2024. (Admin.) (Entered: 05/12/2024) |
| 05/13/2024 | | 27 | Order Denying (22) Motion for an Expedited Hearing on (21) Motion For Sanctions For Violation of the Automatic Stay filed by Debtor Florence E. Mason, POA Clifton Mason. It is Ordered that the expedited request is denied, and a hearing on the Motion For Sanctions is scheduled in the ordinary course on 6/5/2024 at 10:00 AM in Nix Bldg Courtroom #4. (Barbetta, John) (Entered: 05/13/2024) |
| 05/15/2024 | | 28 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 27)). No. of Notices: 11. Notice Date 05/15/2024. (Admin.) (Entered: 05/16/2024) |
| 05/20/2024 | | 29 | Notice of Appearance and Request for Notice by MICHAEL P. TRAINOR Filed by MICHAEL P. TRAINOR on behalf of PENNYMAC LOAN SERVICES, LLC. (TRAINOR, MICHAEL) (Entered: 05/20/2024) |
| 05/20/2024 | | 30 | Notice of Appearance and Request for Notice *of Robert T. Lieber, Jr.* Filed by MICHAEL P. TRAINOR on behalf of PENNYMAC LOAN SERVICES, LLC. (TRAINOR, MICHAEL) (Entered: 05/20/2024) |
| 05/22/2024 | | 31 | Response to Motion to Expedite Hearing filed by Debtor Florence E. Mason,POA Clifton Mason Filed by PENNYMAC LOAN SERVICES, LLC (related document(s)22). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F) (TRAINOR, MICHAEL) (Entered: 05/22/2024) |
| 05/22/2024 | | 32 | Hearing Continued on 23 Hearing to Show Cause. Hearing scheduled 06/05/2024 at 09:30 AM at Courtroom #4. (B., Pamela) (Entered: 05/23/2024) |
| 05/24/2024 | | 33 | Demand Motion to Extend time to File Schedules and Statements and Other Required Documents Filed by Florence E. Mason,POA Clifton Mason Represented by Self(Counsel). (W., Christine) (Entered: 05/24/2024) |
| 05/24/2024 | | 34 | Response to Motion to Extend / Shorten Time filed by Debtor Florence E. Mason,POA Clifton Mason, Motion for Sanctions for Violation of the Automatic Stay, Response filed by Creditor PENNYMAC LOAN SERVICES, LLC Filed by PENNYMAC LOAN SERVICES, LLC (related document(s)21, 31). (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit A) (MANUEL−COUGHLIN, JILL) (Entered: 05/24/2024) |
| 05/28/2024 | | 35 | Motion for Relief from Stay *523 E Chestnut St, Coatesville, PA 19320*. Fee Amount $199.00,, in addition to Motion for Relief from Co−Debtor Stay *Tyral Mason and Clifton Mason* Filed by PENNYMAC LOAN SERVICES, LLC Represented by JILL MANUEL−COUGHLIN (Counsel). Objections due by 6/12/2024. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Proposed Order # 14 Service List) (MANUEL−COUGHLIN, JILL) (Entered: 05/28/2024) |
| 05/28/2024 | | | Receipt of Motion for Relief From Stay( 24−11304−amc) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A25750136. Fee Amount $ 199.00. (re: Doc# 35) (U.S. Treasury) (Entered: 05/28/2024) |

| | | | |
|---|---|---|---|
| 05/28/2024 | | 36 | Notice of (related document(s): 35 Motion for Relief from Stay *523 E Chestnut St, Coatesville, PA 19320*. Fee Amount $199.00,) Filed by PENNYMAC LOAN SERVICES, LLC. Hearing scheduled 6/26/2024 at 10:00 AM at Philadelphia Telephone Hearing. (MANUEL−COUGHLIN, JILL) (Entered: 05/28/2024) |
| 05/28/2024 | | | Receipt of First Installment Payment. Receipt Number 20000571, Fee Amount $80.00. (C., Jacqueline) (Entered: 05/29/2024) |
| 05/29/2024 | | 37 | Order granting 33 Motion to Extend Time to File Required Documents. Chapter 13 Plan due by 6/5/2024. Schedules AB−J due 6/5/2024. Statement of Financial Affairs due 6/5/2024. Summary of Assets and Liabilities due 6/5/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 due 6/5/2024. Means Test Calculation Form 122C−2 (if applicable) due 6/5/2024. No further extensions will be granted. (Barbetta, John) (Entered: 05/29/2024) |
| 05/31/2024 | | 38 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 37)). No. of Notices: 1. Notice Date 05/31/2024. (Admin.) (Entered: 06/01/2024) |
| 06/05/2024 | | 39 | Hearing on 23 Hearing to Show Cause Cancelled. Reason for Cancellation: filing fee pd to date. (B., Pamela) (Entered: 06/05/2024) |
| 06/05/2024 | | 40 | Hearing Held on 21 Motion to Extend / Shorten Time,Motion for Sanctions for Violation of the Automatic Stay Filed by Florence E. Mason,POA Clifton Mason. Order entered denying motion for sanctions. (B., Pamela) (Entered: 06/05/2024) |
| 06/06/2024 | | 41 | Hearing Continued on 35 Motion for Relief From Stay,Motion for Relief from Co−Debtor Stay Filed by PENNYMAC LOAN SERVICES, LLC. Hearing scheduled 07/10/2024 at 11:00 AM at Philadelphia Telephone Hearing. Debtor's answer/response to motion is due 6/28/24. (B., Pamela) (Entered: 06/06/2024) |
| 06/06/2024 | | 42 | Disclosure of Compensation of Attorney for Debtor in the amount of 0.00 *(partial form)*, Notice to Individual Consumer Debtor. Filed by Debtor Florence E. Mason,POA Clifton Mason. (Barbetta, John) (Entered: 06/06/2024) |
| 06/06/2024 | | 43 | Notice of Change of Address for Court Notices & Filings Only. Filed by Debtor Florence E. Mason,POA Clifton Mason. (Barbetta, John) (Entered: 06/06/2024) |
| 06/06/2024 | | 44 | Order Denying Motion For Sanctions (related document(s)21). It is hereby Ordered that the Motion is denied for the reasons stated on the record. (Barbetta, John) (Entered: 06/07/2024) |
| 06/06/2024 | | 45 | Notice of Appeal to District Court. Fee Amount $298.00 FEE NOT PAID. Filed by Florence E. Mason,POA Clifton Mason. (related document(s)27, 44). Appellant Designation due by 6/20/2024. Transmission of record on appeal to District Court due date: 7/5/2024. (Barbetta, John) (Entered: 06/07/2024) |
| 06/06/2024 | | 46 | Notice of Appeal to District Court. Fee Amount $298.00 FEE NOT PAID. Filed by Florence E. Mason,POA Clifton Mason. (related document(s)37). Appellant Designation due by 6/20/2024. Transmission of record on |

| | | | |
|---|---|---|---|
| | | | appeal to District Court due date: 7/5/2024. (Barbetta, John) (Entered: 06/07/2024) |
| 06/07/2024 | | 47 | Status Hearing Set 43 Notice of Change of Address for Court Notices & Filings Only. Filed by Debtor Florence E. Mason,POA Clifton Mason. Hearing scheduled 7/10/2024 at 11:00 AM at Philadelphia Telephone Hearing. (W., Christine) (Entered: 06/07/2024) |
| 06/07/2024 | | 48 | Courts Certificate of Mailing in Re: Status Hearing Set on Notice of Change of Address for Court Notices & Filings Only. (related document(s)47). 3 Notices Mailed. (W., Christine) (Entered: 06/07/2024) |
| 06/07/2024 | | 49 | Courts Certificate of Service Re: Notice of Appeal filed by Debtor Florence E. Mason,POA Clifton Mason. The following Party(s) have been notified: Case Judge − via email; Case Trustee − via CM/ECF; Debtor − via Regular mail through the BNC; Office of the U.S. Trustee − via CM/ECF; U.S. District Court − via email; creditor PENNYMAC LOAN SERVICES, LLC; counsel ROBERT THOMAS LIEBER, JR; counsel JILL MANUEL−COUGHLIN; counsel MICHAEL P. TRAINOR; Chester County Sheriff Department; Court of Common Pleas Chester County Justice Center; Powers Kirn, LLC; Blank Rome LLP − via Regular mail through the BNC (related document(s)45). (Barbetta, John) (Entered: 06/07/2024) |
| 06/07/2024 | | 50 | Clerks Notice of Fees Due. Notice of Fee Due $298.00 Re: Notice of Appeal filed by Debtor Florence E. Mason,POA Clifton Mason (related document(s)45). Fee due by 6/14/2024. (Barbetta, John) (Entered: 06/07/2024) |
| 06/07/2024 | | 51 | Courts Certificate of Service Re: Notice of Appeal filed by Debtor Florence E. Mason,POA Clifton Mason. The following Party(s) have been notified: Case Judge − via email; Case Trustee − via CM/ECF; Debtor − via Regular mail through the BNC; Office of the U.S. Trustee − via CM/ECF; U.S. District Court − via email; creditor PENNYMAC LOAN SERVICES, LLC; counsel ROBERT THOMAS LIEBER, JR; counsel JILL MANUEL−COUGHLIN; counsel MICHAEL P. TRAINOR; Chester County Sheriff Department; Court of Common Pleas Chester County Justice Center; Powers Kirn, LLC; Blank Rome LLP − via Regular mail through the BNC (related document(s)46). (Barbetta, John) (Entered: 06/07/2024) |
| 06/07/2024 | | 52 | Clerks Notice of Fees Due. Notice of Fee Due $298.00 Re: Notice of Appeal filed by Debtor Florence E. Mason,POA Clifton Mason (related document(s)46). Fee due by 6/14/2024. (Barbetta, John) (Entered: 06/07/2024) |
| 06/09/2024 | | 53 | BNC Certificate of Mailing − Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # 47)). No. of Notices: 2. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 | | 54 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 50)). No. of Notices: 2. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 | | 55 | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # 52)). No. of Notices: 2. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 | | 56 | |

|  |  |  | BNC Certificate of Mailing −Court's Certificate of Mailing or Service. Number of Notices Mailed: (related document(s) (Related Doc # <u>49</u>)). No. of Notices: 9. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
|---|---|---|---|
| 06/09/2024 |  | <u>57</u> | BNC Certificate of Mailing −Court's Certificate of Mailing or Service. Number of Notices Mailed: (related document(s) (Related Doc # <u>51</u>)). No. of Notices: 9. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 |  | <u>58</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>44</u>)). No. of Notices: 14. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |
| 06/09/2024 |  | <u>59</u> | BNC Certificate of Mailing − PDF Document. (related document(s) (Related Doc # <u>48</u>)). No. of Notices: 4. Notice Date 06/09/2024. (Admin.) (Entered: 06/10/2024) |

Case 24-11304-amc Doc 24-1 Filed 07/07/24 Page 8 of 15
Case 2:24-cv-02514-PD Document 1 Filed 06/06/24 Page 2 of 15 Desc Main
Document    Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania
### Philadelphia Division

| | |
|---|---|
| In re:<br>Florence E. Mason, POA Clifton Mason,<br>*Debtor.* | Chapter 13<br>Case No. 24-11304-amc |

### Order Denying Motion for Sanctions

And now, after consideration of the Motion For Sanctions filed by Debtor, docketed at entry #21, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated on the record.

Date: June 6, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge

Official Form 417A (12/23)

In re

Florence E. Mason, POA
Clifton Mason

    Debtor

: Chapter 13
:
:
: Case No. 24-11304-AMC
:
:
:

FILED
JUN - 6 2024

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): :Florence -Elizabeth :Mason

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   DENYING DEBTOR'S DEMAND FOR SANCTIONS FOR VIOLATION OF THE PROTECTION OF THE AUTOMATIC STAY & Refusing to Make it an Emergency Hearing when court has knowledge of FRAUD UPON THE COURTS BY DISQUALIFIED ATTORNEYS OF RECORDS

2. State the date on which the judgment—or the appealable order or decree—was entered:
   June 5th, 2024

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: :Florence -Elizabeth :Mason    Attorney: Propria Persona Sui Juris
   Attorney-in-Fact

2. Party: PENNYMAC LOAN SERVICES LLC,    Attorney: UNKNOWN
   UNITED STATES BANKRUPTCY TRUSTEE ET AL;
   DISQUALIFIED IMPROPER ATTORNEY(S) HAS TRESPASSED UPON THIS CASE

---

Official Form 417A      Notice of Appeal and Statement of Election      page 1

9

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

- ❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/: *Florence - Elizabeth : Mason*
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 06/06/2024

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Propria Personal Sui Juris
Mailing Address: 523 East Chestnut Street
Coatesville, Pennsylvania State
Near [19320-9999], in the Republic

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Florence E. Mason, POA Clifton Mason | : | |
| Debtor. | : | Case No. 24-11304-AMC |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Expedite the hearing on the Motion for Sanctions for Violation of the Automatic Stay (Doc. # 22, ("the Motion"), it is hereby **ORDERED** that:

1. The request for an expedited hearing is **DENIED.**

2. The hearing is scheduled in the ordinary course on June 5, 2024 at 10:00 a.m. in Courtoom #4 in the Robert N.C. Nix Federal Building, 900 Market Street, Philadelphia, PA 19107.

Dated: May 13, 2024

HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge

# VERIFICATION

I, :Florence -Elizabeth :Mason, do hereby verify that the Statements made in the foregoing: **DENYING DEBTOR'S DEMAND FOR SANCTIONS FOR VIOLATION OF THE PROTECTION OF THE AUTOMATIC STAY & REFUSING TO MAKE IT AN EMERGENCY HEARING WHEN COURT HAS KNOWLEDGE OF FRAUD UPON THE COURTS BY IDSQUALIFIED ATTORNEYS OF RECORDS:** are true & Correct to the best of my abilities, and firsthand knowledge and belief as I understand it to be. I understand that false statements [Should also pertain to the FRIVOLOUS Complaining & their Attorney as well] herein are made subject to the penalties of under Title 18 U.S.C. sect(s). 4901- 4904 relating to unsworn statements to Authorities.

Dated this _06th_ day of _June_____, in the Year of Our Lord, 2024.

Respectfully,

/s/: *Florence -Elisabeth :Mason*,_____
: Florence -Elizabeth :Mason. **POA**
& Authorized Representative in Propria Persona Sui Juris

## CERTIFICATE & AFFIDAVIT OF SERVICE

I, _:Florence -Elzabeth :Mason_, hereby certify that a true and correct copy of this: **DENYING DEBTOR'S DEMAND FOR SANCTIONS FOR VIOLATION OF THE PROTECTION OF THE AUTOMATIC STAY & REFUSING TO MAKE IT AN EMERGENCY HEARING WHEN COURT HAS KNOWLEDGE OF FRAUD UPON THE COURTS BY IDSQUALIFIED ATTORNEYS OF RECORDS;** in referenced case was sent to the following recipients by the following methods of service by certified return receipt on or before *June 17th, 2024*; and electronically or within the courthouse on or before *June 7th, 2024*;
cc:

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX., SR. FEDERAL COURTHOUSE
900 MARKET STREET, SUITE 400
PHILADELPHIA, PA. 19107
ATTN: OFFICE OF THE CLERKS & JUDGE'S CHAMBERS

CHESTER COUNTY SHERIFF DEPARTMENT
201 MARKET STREET, STE. 1201
W. CHESTER, PA. 19382-0991
ATTN: DEPARTMENT OF REAL ESTATE BECKY
SOLICTOR MATT POLAHA, SUPERVISOR DEBRA HUNTER,
MCMAIN LAW FIRM & SHERIF KEVIN DYKES

COURT OF COMMON PLEAS
CHESTER COUNTY CHESTER COUNTY JUSTICE CENTER
201 W. MARKET STREET P.O. BOX 2740
WEST CHESTER, PA. 19380-0989
ATTN: OFFICE OF THE CLERKS [CIVIL DIV,]
& JUDGE SARAH BLACK'S CHAMBERS

POWERS KIRN, LLC
EIGHT NESHAMINY INTERPLEX, SUITE 215
TREVOSE, PA. 19053
ATTN: HARRY B. REESE, ESQUIRE, AND
KARINA VELTER, ESQUIRE, AND
THE MANAGING ATTORNEY JILL COUGHLIN

BLANK ROME LLP
ONE LOGAN SQUARE
130 N. 18TH STREET
PHILADELPHIA. PA. 19103
ATTN: MICHAEL P. TRAINOR AND
ROBERT T. LIEBER JR.

PENNYMAC LOAN SERVICES, LLC
P.O. BOX 514387
LOS ANGELES, CA. 90051-4387
        AND
6101 CONCOR DRIVE
MOORPARK, CA. 93201

Respectfully Submitted,

U.C.C. 1-308 WITHOUT PREJUDICE; ALL RIGHTS

RESTORED & RESERVED NEVER WAIVED;

/s/: *Florence E. Mason,*

: Florence -Elizabeth Mason.

In Propria Persona Sui Juris

*Form 256* (3/23)−doc 49 − 45

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Florence E. Mason, POA Clifton Mason  )  Case No. 24−11304−amc
      )
      )
    Florence Mason, POA Clifton Mason  )  Chapter: 13
      )
    Debtor(s).  )

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [45] Notice of Appeal as served on June 7, 2024 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: SCOTT F. WATERMAN [Chapter 13] | CM/ECF |
| U.S. District Court | Email |
| Debtor: Florence E. Mason, POA Clifton Mason | Regular mail through the BNC |
| creditor PENNYMAC LOAN SERVICES, LLC<br>counsel ROBERT THOMAS LIEBER, JR<br>counsel JILL MANUEL−COUGHLIN<br>counsel MICHAEL P. TRAINOR<br>Chester County Sheriff Department<br>Court of Common Pleas Chester County Justice Center<br>Powers Kirn, LLC<br>Blank Rome LLP | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: June 7, 2024

For The Court

Timothy B. McGrath
Clerk of Court